

# United States District Court
# Eastern District of California

| FAYUS, INC. |
|---|

Plaintiff(s)

V.

| MIMI FOODS INCORPORATED |
|---|

Defendant(s)

Case Number: | 2:25-cv-03073-DAD-CSK |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Frank A. Mazzeo _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, Fayus, Inc. d/b/a Yusol International Foods

On _____ 11/23/1992 _____ (date), I was admitted to practice and presently in good standing in the
_____ Supreme Court of Pennsylvania _____ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: _____ 01/12/2026 _____          Signature of Applicant: /s/ FrankAMazzeo _____

**Pro Hac Vice Attorney**

Applicant's Name: Frank A. Mazzeo

Law Firm Name: Ryder, Mazzeo & Konieczny LLC

Address: 808 Bethlehem Pike, Suite 200

City: Colmar    State: PA    Zip: 18915

Phone Number w/Area Code: (215) 997-0248

City and State of Residence: Souderton, PA

Primary E-mail Address: fmazzeo@rmkiplaw.com

Secondary E-mail Address: mazzeofrank@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Craig Simmermon

Law Firm Name: The Law Office of Craig A. Simmermon

Address: 3017 Douglas Boulevard

Suite 300

City: Roseville    State: CA    Zip: 95661

Phone Number w/Area Code: (916) 878-6656    Bar # SBN 258607

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 13, 2026

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT